UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTONIO DEQUAN KING and ANTONIO HURT, | ) ) ) |
| Plaintiffs, | ) ) No. 3:22-cv-00573 |
| v. | ) ) JUDGE RICHARDSON ) |
| JOHN DRAKE, et al., | ) ) |
| Defendants. | ) |

## ORDER

The Court ordered Plaintiff Antonio Hurt to submit an Amended Complaint that, among other things, clarified whether Plaintiff sought to bring personal claims, claims on behalf of Antonio DeQuan King's estate, or both. (Doc. No. 4.) The Court warned that failure to comply or request an extension within thirty days would result in dismissal. *Id*. The Court later granted Plaintiff's motion for a thirty-day extension (Doc. No. 7), and, upon receiving no response by the second deadline, *sua sponte* granted Plaintiff an additional thirty-day extension (Doc. No. 8). Plaintiff, however, has not responded in any way by the deadline. This action is therefore **DISMISSED WITHOUT PREJUDICE** for want of prosecution. *See* Fed. R. Civ. P. 41(b); *Carpenter v. City of Flint*, 723 F.3d 700, 704 (6th Cir. 2013); *Link v. Wabash R.R.*, 370 U.S. 626, 630 (1962).[1] Plaintiff's in forma pauperis application (Doc. No. 2) is **DENIED AS MOOT**.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] This form of dismissal allows Plaintiff to file a new civil action concerning these or other matters, subject to all applicable rules and time limits.